Robert Lee Quackenbush
PO Box 80935
San Diego, CA 92138

FILED
MAR 2 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE SOUTHERN DISTRICT COURT FOR
## THE STATE OF CALIFORNIA,
### DIVISION ONE

In re ROBERT LEE QUACKENBUSH

On Writ of Habeas Corpus

IN PROPRIA PERSONA

Case No. CV-08 CV 0567 JAH LSP
Superior Court No. SCD 175743
Habeas Corpus No. HC 18020

WRIT OF HABEAS FOR
PETITON FOR REVEIEW (DE NOVO)

    Defendant now comes before the Court in the above-entitled matter for "review" [de novo] under clause for a Writ of Habeas Corpus and it's declaration thereof, within the meaning of a "formal <u>investigation</u> into the facts related to his claims, allegations, and/or documentation of the findings with specificity of law or regulations, including the decision to grant or deny (considering single page, unresponsive decisions by appellate).

    The defendant has been denied this "formal investigation" under the clauses of law throughout the judicial process before this higher Court, whom has the authority to grant cert. Whereas, he comes here today for consideration by submittal of DE NOVO and its declaration, thereby, asking the Court to do what is legal, moral, and right, opposed to the current situation at hand.

    Thereby, request this Court to grant the petition for failure by lower Courts to follow the scope of the law on the merits presented beforehand, and in the furtherance of justice for the wrongs suffered by the indifference of the judicial system, thus allowing others the right passage of the Constitution and not him, creating a prejudicial mean. It is important to recognize that the defendant attempts to ascertain his claims pursuant to his petition in lieu of the Appellate inappropriate method, and once again, stands on the merits of claims submitted are valid and upheld by California Court(s). Thereby, leaving the defendant helpless and without cause.

    Thus, granting the issuance of the defendant's "Writ" and ordering compliance with the sentencing Court to correct and provide an "amended" Abstract of Judgment (AoJ) would be a great advantage to all participants.

    Also, the defendant moves that the Court will adequately and effectively provide a "review" and include the necessary motion and documentation fro the defendant to move forward (if necessary). Otherwise the defendant is without remedy save by his "Writ".

Further, the Court should not be judging by "external" standard, but rather "true" standard. This is clearly outlined within the previous motion. This is an injustice to the defendant and the citizen's of the United States.

No matter the outcome, **HOFSHEIER** and most recently **STOW** (and many alike) whom had sex with a minor had be relieved of their registration requirement, thus affording the defendant and others the opportunity of the same. However, the defendant is placed in "another" category and denied his Constitutional right. This is a requirement nor a privilege and should be removed accordingly promptly.

This declaration is submitted in conjunction with previous motion and documentation to provide a sound judgment of granting a cert for the Court. This should not be a "battle of the wills", but what is Constitutional and right among the laws, not just adherence to such as at pertains. I continually fight an upheaval battle with the judicial system while being on parole and keeping within the compounds of conditions of parole and yet get penalized for doing such.

I Robert Lee Quackenbush, declare under the penalty of perjury the foregoing is true and correct, and this declaration was executed n this _22_ day of _March_, 200_8_, in San Diego, California.

Respectfully submitted,

_____
ROBERT LEE QUACKENBUSH

Robert Lee Quackenbush
2952 Hornet Way
San Diego, CA 92106

RECEIVED
JAN 3 0 2008
CLERK SUPREME COURT

## IN THE SUPREME COURT FOR THE STATE OF CALIFORNIA

In re ROBERT LEE QUACKENBUSH

Case No. __S160472__

Appellate No. _D-051763_

Superior Court Case No. _SCD 175 743_

On Writ of Habeas Corpus

Habeas Corpus No. _HC 18020_

WRIT OF HABEAS CORPUS FOR PETITION

OF REVIEW (DE NOVO)

IN PROPRIA PERSONA_____/

### I. INTRODUCTION

Defendant now comes before the Court in the above-entitled matter for "review" [de novo] of his Writ of Habeas Corpus and it's declarations thereof, within the meaning of "a formal investigation into the facts related to his claims, allegations, and documentation of the findings with specificity of law or regulations, including the decision to grant or deny".

The defendant has been denied his "Writ" from the Appellate Court, Division ONE on Jan 18, 2008 appeal to this Supreme Court to grant cert, without further debating politics, case laws, and other avenues that does nothing more than prolonging what the law requires. Whereas, he comes for consideration by submittal of this DE NOVO and its attached declarations. Thereby, requests the Court to grant his petition in the furtherance of justice for the wrongs suffered by the deliberate indifference of the judicial system and the prejudicial means thereof.

Therefore, it is important to recognize that the defendant attempts to ascertain his claims pursuant his petition in lieu of the Supreme Court granting cert., and the merits of his claims are valid.

Thereby granting the issuance of the defendant's "Writ", and ordering compliance with the sentencing Court to correct and provide an 'Amended' Abstract of Judgment ("AoJ") would be a great advantage to all parties. Therefore, the defendant moves the Court will adequate and effectively "review" his Writ of Habeas Corpus, thus, provide the necessary motion (or minutes) of an Order to grant relief as indicated herein of his petition, procedures, and laws. Otherwise, the defendant is without remedy save by this Writ. This would be deemed just and appropriate, considering the unlawful practice of the judicial members thereof.

Furthermore, stop judging the "external" standard, and judge by "true" standards. This is clearly an Equal Protection rights issuance, nothing more, nothing less. I should not be forced to do anything outside the scope, while another enjoys freedom within a similar range, otherwise, instead of justice and freedom to every individual, it becomes a source of communism in effect, and therefore, justice is no longer being served but rather perverted. In addition the review (attached) does not meet the specifications within the rules and regulations and has not sufficiently "reviewed "or documented all claims therein accordantly.

This is unfortunate that it has had to come to this and so far away from when justice was allegedly conceived, and currently violates State and Federal Constitutions, with the court's and each member thereof permission.

Each person shall be treated with "equal" protection, no exceptions (even equally or similar in nature)! No matter how it looks or described, since *Hofsheier*, and most recently *Stow* (and many alike) had sex with a minor and relieved from the registration requirement, then others are afforded the same opportunity; and just because it was "another type" has no bearing and is argumentive only, but still remains within the same category and therefore, this registration shall be removed from my case herein promptly.

The descriptions hereto may not be exact or have professional reasoning, however, I have made every attempt under the scope and knowledge that I have in order to bring my claim forthwith and help this court understand what's trying to be conveyed with the best knowledge available, thus, ask this court to work on sound principles and not professionalism under law degree's or knowledge or expect to live up-to such requirement, thus, being allowed just to present my case as I know it. I am not expert! This case before you does lack merit and has it's justification for an adequate review, thus requires reversal.

This declaration is prepared and declared under the penalty of perjury that the foregoing is true and correct, and this declaration was executed on this __25__ day of __January, 2008__ at __San Diego__, California.

Respectfully submitted,

_____
IN PROPRIA PERSONA

//
//

2

Robert Lee Quackenbush
2952 Hornet Way
San Diego, CA 92106

# In the California Supreme Court
# for the State of California

In re ROBERT LEE QUACKENBUSH

On Writ of Habeas Corpus

Case No. **S160472**

Appellate No. D-051763

PROOF OF SERVICE

IN PROPRIA PERSONA            /

## I. INTRODUCTION

I hereby certify that I am the person of the above-entitled matter, and I served a copy of the attached __DE NOVO PETITION__ by placing a copy in a postage-paid envelope addressed to the person or place hereinafter listed, thus, by depositing said envelope in the United States Mail, through the internal legal mail procedures that are set forth by the California Department of Corrections & Rehabilitation ("CDCR").

The list of person, place, or Attorney, or Courthouse designated accordingly are as follows:

Supreme Court of California
350 McAllister Street
San Francisco, CA 94102-4797

California Court of Appeals
750 B Street, Suite 300   (Symphony Towers)
San Diego, California 92101

This declaration is prepared and declared under the penalty of perjury that the foregoing is true and correct, and this declaration was executed on this __25__ day of __January__, 200__8__, at __San Diego__, California.

Respectfully submitted,

__ROBERT LEE QUACKENBUSH__
Type or Print Name

IN PROPRIA PERSONA

COURT OF APPEAL - FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

F I L E D
Stephen M. Kelly
JAN 1 8
Court of Appeal Four

| In re ROBERT LEE QUACKENBUSH on Habeas Corpus. | D051763 (San Diego County Super. Ct. No. SCD 175743) |
|---|---|

THE COURT:

The petition for a writ of habeas corpus has been read and considered by Justices Nares, McIntyre and Aaron.

Robert Lee Quackenbush seeks review of the superior court's order denying his petition for a writ of habeas corpus. In that petition, Quackenbush sought to vacate the requirement that he register as a sex offender. We do not review an order by the superior court denying a petition for a writ of habeas corpus. (*In re Clark* (1993) 5 Cal.4th 750, 767, fn. 7.) Quackenbush has not provided an adequate record to review his claims. (*People v. Duvall* (1995) 9 Cal.4th 464, 474.)

The petition is denied.

NARES, Acting

Copies to: All parties

RECEIVED
JAN 3 0 2008
CLERK SUPREME COURT

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Robert Lee Quackenbush

DEFENDANTS

Unknown

FILED
MAR 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court in Pro Se

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Robert Lee Quackenbush
PO Box 80935
San Diego, CA 92138

ATTORNEYS (IF KNOWN)

'08 CV 0567 JAH LSP

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

## 28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):  JUDGE _____  Docket Number _____

DATE  3/25/2008

SIGNATURE OF ATTORNEY OF RECORD
[signature]