# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Robert Lee Quakenbush

V.   **JUDGMENT IN A CIVIL CASE**

Unknown

**CASE NUMBER:**   08cv567 JAH (LSP)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court Dismisses the First Amended Petition without leave to amend for failing to use a court-approved form, failing to name a proper Respondent, failing to allege exhaustion of state court remedies and failing to state a cognizable claim for relief.

| May 7, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/M. Zvers
(By) Deputy Clerk

ENTERED ON May 7, 2008

08cv567 JAH (LSP)